**Order entered November 7, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00827-CR
No. 05-16-00828-CR

**JOHN HARRY CLOUD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause Nos. F93-61603-I & F93-61604-I

## ORDER

On November 1, 2016, the Court received written notification from Mildred Frank that her brother, John Harry Cloud, died on October 27, 2016. Appellant was proceeding pro se in these appeals.

Pursuant to Texas Rule of Appellate Procedure 7.1(a)(2), we **PERMANENTLY ABATE** these appeals.

/s/      ADA BROWN
JUSTICE